### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY, KANSAS

| | |
|---|---|
| ROBERT LEE McNEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-02553-KHV-DJW |
| ) | |
| OLATHE POLICE DEPARTMENT, and ) | |
| UNKNOWN OFFICER, Badge No. 650, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 26th day of September, 2007, comes on for hearing the parties' Stipulation of Dismissal With Prejudice of Defendants, Olathe Police Department and Unknown Officer, Badge No. 650 (Doc. #36), in the above-captioned matter. Having been fully advised in the premises in this matter, this matter should be and is hereby dismissed with prejudice, each party to bear his/their own costs and attorneys' fees.

IT IS SO ORDERED.

s/ Kathryn H. Vratil
**Honorable Kathryn H. Vratil**
**United States District Court Judge**

**APPROVED BY**:

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ Michael K. Seck, #11393
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913) 339-6757 / (913) 339-6187 (FAX)
mseck@fisherpatterson.com
ATTORNEYS FOR DEFENDANTS
OLATHE POLICE DEPARTMENT

AND UNKNOWN OFFICER BADGE NO. 650

SCHERMERHORN LAW FIRM

/s/ Sandra L. Schermerhorn
Sandra L. Schermerhorn, #70600
215 West Pershing St.-Ste. 550
Kansas City, MO 64108
(816) 421-5553\Fax: (816) 421-6377
Email: schermerhorn@kcnet.com
ATTORNEY FOR PLAINTIFF
ROBERT LEE MCNEAL